# Criminal Case Cover Sheet                U.S. District Court - District of Massachusetts

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** DEA

**City** Andover

**County** Essex

**Related Case Information:**
Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant X
Magistrate Judge Case Number _____
Search Warrant Case Number  See attached
R 20/R 40 from District of _____

**Defendant Information:**

Is this case related to an existing criminal action pursuant to Rule 40.1(h)? If yes, case number _____   ☐ Yes   ☑ No

**Defendant Name** Christopher Tenaglia            **Juvenile:** ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

**Alias Name:** _____

**Address:** 11 Middlesex Road, Watertown, MA 02472

**Birth date (Yr only):** 1989   **SSN (last 4#):** 4227   **Sex:** M   **Race:** White   **Nationality:** _____

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information**

**AUSA:** Lindsey Weinstein            **Bar Number if applicable:** 676933

**Interpreter:** ☐ Yes  ☑ No   **List language and/or dialect:** _____

**Victims:** ☐ Yes  ☑ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes  ☐ No

**Matter to be SEALED:** ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:** _____

**Arrest Date:** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:**   ☐ Petty _____   ☐ Misdemeanor _____   ☑ Felony 1

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 3/5/2024            **Signature of AUSA:** /s/ LE Weinstein

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**    Christopher Tenaglia

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841 | Possession with intent to distribute illegal anabolic steroids, schedule III controlled substance | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

See attached.

SW Numbers:

22-MJ-6098-MPK

22-MJ-6099-MPK

22-MJ-6190-MPK

22-MJ-6008-MPK

23-MJ-6009-MPK

23-MJ-6010-MPK

23-MJ-6300-MPK

23-MJ-6301-MPK

23-MJ-6302-MPK

23-MJ-6593-MPK

23-MJ-6594-MPK

23-MJ-6595-MPK

23-MJ-8132-PGL

24-MJ-6053-MPK

24-MJ-6054-MPK

24-MJ-6199-MPK

24-MJ-6201-MPK

24-MJ-6202-MPK

24-MJ-6203-MPK

24-MJ-6204-MPK